HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOCELYNE MILLAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JRK RESIDENTIAL GROUP, INC., a Nevada Corporation and I.Q. DATA INTERNATIONAL, INC. a Washington Corporation,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-05237<br><br>**SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>MAY 3, 2024 |

　　　Plaintiff Jocelyne Millan and Defendant JRK Residential Group, Inc. stipulate pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1) that JRK Residential Group, Inc's time to answer or otherwise respond to Plaintiff's Complaint shall be extended by an additional 31 days to June 3, 2024, in order for the parties to continue discussions regarding resolution. Accordingly, both parties respectfully request that the Court enter an order extending the time for JRK Residential Group to answer or otherwise respond to the Complaint to June 3, 2024.

　　　IT IS SO STIPULATED by and between the parties.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 3:24-cv-05237

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

718633.0018/9741397.1

DATED: May 2, 2024

LANE POWELL PC

By: *s/Callie A. Castillo*
Callie A. Castillo, WSBA No. 38214
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
castilloc@lanepowell.com
Attorneys for JRK Residential Group, Inc.

By: *s/SaraEllen Hutchison*
SaraEllen Hutchison, WSBA 36137
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone: 206.529-5195
saraellen@saraellenhutchison.com
Attorney for Jocelyne Millan

I certify that this memorandum contains 96 words, in compliance with the local Civil Rules.

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for JRK Residential Group, Inc. to answer or otherwise respond to Plaintiff's Complaint shall be extended to June 3, 2024.

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2
CASE NO. 3:24-cv-05237

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

718633.0018/9741397.1

1  DATED this 2nd day of May, 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT - 3
CASE NO. 3:24-cv-05237

718633.0018/9741397.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107